UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WALLACE HARRELL,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:23-cv-00959-ADA-EPG (SS)<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF<br><br>(ECF No. 14) |

On October 25, 2023, Plaintiff Gregory Wallace Harrell and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 14.) They agree that, on remand, "[t]he ALJ should further develop the record, as appropriate, offer Plaintiff opportunity for a new hearing, and issue a new decision. The ALJ should reevaluate the evidence, particularly Dr. Seward's opinion, and reevaluate the residual functional capacity and step-five findings, as necessary." (*Id.*) The Parties further stipulate that judgment shall be entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. (*Id.*)

Accordingly,

1. The Parties' stipulation, (ECF No. 14), is GRANTED;

///

1

2. The matter is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);

3. Plaintiff's motion for summary judgment, (ECF No. 12), is terminated as moot; and

4. The Clerk of Court is directed to enter judgment in favor of Plaintiff Gregory Wallace Harrell and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   October 27, 2023

_____
UNITED STATES DISTRICT JUDGE